JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRBY VELASCO,<br><br>            Plaintiff,<br><br>      v.<br><br>OUR BOAT HOUSE INC.,<br><br>            Defendant. | Case No. 2:25-cv-09236-FLA (JCx)<br><br>**ORDER DISMISSING ACTION [DKT. 28]** |

1    On December 3, 2025, Plaintiff Kirby Velasco filed a notice of settlement
2 ("Notice"), stating the parties had agreed to settle the action and expect to reduce the
3 settlement to writing within thirty (30 days).  Dkt. 28.
4    Having considered the Notice and finding good cause therefor, the court hereby
5 ORDERS:
6    1.   All deadlines governing this action are VACATED.
7    2.   The court DISMISSES the action without prejudice.  The court retains
8         jurisdiction to vacate this Order and to reopen the action within sixty (60)
9         days from the date of this Order, provided any request by a party to do so
10        shall make a showing of good cause as to why the settlement has not
11        been completed within the 60-day period, what further settlement
12        processes are necessary, and when the party making such a request
13        reasonably expects the process to be concluded.
14   3.   This Order does not preclude the filing of a stipulation of dismissal with
15        prejudice pursuant to Fed. R. Civ. P. 41, which does not require approval
16        of the court.  Such stipulation shall be filed within the aforementioned
17        60-day period, or by such later date ordered by the court pursuant to a
18        stipulation by the parties that conforms to the requirements of a showing
19        of good cause stated above.

21   IT IS SO ORDERED.

23 Dated: December 4, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2